IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05cv144-WHA |
| ) | |
| NORMAN WHITE ) | |
| ) | |

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on September 8, 2006, the court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 is DENIED.  Final Judgment will be entered accordingly.

DONE this 25th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE